UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| DAVID A HILL, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 4:08-cv-163-SEB-WGH |
| SHERIFF DANIEL RODDEN, et al., | ) ) ) | |
| Defendants. | ) | |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the defendants' motion for summary judgment is **granted** and that this action is **dismissed without prejudice.**

Date: 04/23/2009

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

David A. Hill
69202-014
Floyd County Jail
P.O. Box 1406
New Albany, IN 47150

R. Jeffrey Lowe
KIGHTLINGER & GRAY LLP
jlowe@k-glaw.com